UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __14-2149__ as

☐ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☐ Pro Bono  ☐ Government

COUNSEL FOR: __Michael J. McGovern__

_____ as the
(party name)

☑ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☐ amicus curiae  ☐ intervenor(s)

_____
(signature)

__Teresa C. Toriseva__
Name (printed or typed)

__Toriseva Law__
Firm Name (if applicable)

__1446 National Road__

__Wheeling, WV 26003__
Address

__(304) 238-0066__
Voice Phone

__(304) 238-0149__
Fax Number

__ceo@torisevalaw.com__
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __November 5, 2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Christopher A. Lauderman, Esq.<br>Steptoe & Johnson, PLLC<br>400 White Oaks Boulevard<br>Bridgeport, WV 26330 | William D. Wilmoth, Esq.<br>Steptoe & Johnson, PLLC<br>1233 Main Street, Suite 3000<br>Wheeling, WV 26003 |

_/s/ Teresa Toriseva_
Signature

__11/5/2014__
Date

05/07/2014
SCC