FILED: November 19, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 14-2149

(5:14-cv-00069-IMK)

_____

MICHAEL J. MCGOVERN

      Plaintiff - Appellant

v.

PPG INDUSTRIES, INC.

      Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 12/17/2014

Opening brief due: 12/17/2014

Response brief due: 01/20/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk